*from the heart*

## MARY JO GARNETT, M.S., M.F.C.C. / LMFT

Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655
Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801
For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NOVEMBER 13, 2010

ATTENTION — TO U.S. CLERK OF COURT
411 WEST 4th STREET, ROOM 1-053
SANTA ANA, CA 92701

FROM — MARY JO GARNETT, MS, LMFT (MFCC)
FAX # 714 952 2093 | PHONE - 714 826 6654

RE: — US V. D. THOMSON ( DEFENDANT )
REGISTRATION # 09086-112
CASE # SACR 96-155 ( B ) ✓

I AM RESUBMITTING SEVERAL PAGES (COPIES HAD GIVEN BOTH TO YOUR DEPARTMENT/AND LOS ANGELES, CA - AND HAD BEEN RECEIVED - RESPONDED - FROM MR. JEFFREY ALABASO, VICTIM - WITNESS ASSISTANCE PROGRAM - HOWEVER YOUR DEPARTMENT - SANTA ANA, CA - NEVER DID RESPOND TO ME SINCE ALL THESE MONTHS TO DATE!!

I HAVE BEEN HOSPITALIZED - TRAUMA - STROKE - SUDDENLY OCCURRED JULY 08, 2010 AND STILL UNABLE TO RETURN TO WORK - SELF-EMPLOYED - DISABLED - ETC - AND ALL THESE YEARS SINCE THIS DEFENDANT (I SAY HE IS - WAS - CROOK) HAD TRAUMATIZED MY LIFE - TAKEN EVERY DOLLAR OF MY LIFE SAVINGS - - WORKING TROUGH OUT ALL MY LIFE - AND NO ONE HAS NOW PROVIDED ANY ASSISTANCE CONCERNING INFORMATION - MONIES RETURN - - - - AND I DO NOT USE COMPUTER - INTERNET - HAVE NOT SPOKEN TO ANY OTHER PERSON REGARDING THIS TO DATE - TRIED RE. ONE ATTORNEY WHO SENT ME HIS NAME - ATTY. LEONARD SHULMAN - REQUESTING CHECK OF $250.00 - NOTHING GIVEN - - - I HAD BEEN TOLD - YEARS AGO - WHEN THIS TRAUMA OCCURRED (WHEN I NEVER EVEN KNEW WHAT HAD

CON'T

PAGE TWO

"from
the
heart"

## MARY JO GARNETT, M.S., M.F.C.C.

Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655
Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801
For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093

CON'T — HAPPENED → TRUSTING THIS
"DEFENDANT" WITH MY ACCOUNTING-
BUSINESS — MONIES — ETC — AND
WHEN THE FBI HAD SENT ME
SOME KIND OF FORM ? — DO
NOT REMEMBER HOW THIS ALL
HAPPENED — AND THIS "DEFENDANT"
TOLD ME TO IGNORE THIS FORM ---
--- SO MUCH TRAUMA — — NEVER
CAN EVER RECOVERED FROM ALL THIS —
AND THIS IS ONE REMARK I WAS
TOLD — THIS DEFENDANT'S PROTEGE'
ASSISTANT IN HIS CROOKED BUSINESS
— DOING MY ACCOUNTING LATER — " YOU
ARE ONLY JUST A DROP IN THE BUCKET"
LIKE --- MY LIFE SAVINGS DIDN'T MATTER!!
ALSO, I WAS TOLD THAT THIS DEFENDANT
HAD STACHED EVERYONES MONIES IN THE
CAYMAN ISLANDS — WILL GIVE IT (FOR HIM)
BACK LATER — WHEN HE GETS OUT OF
PRISON !! ? WILL SOMEONE HELP ME
CON'T

Licensed Marriage, Family Therapist ❦ Individual, Group, Family & Relationship Psychotherapy ❦ Chemical Dependency

PAGE THREE

"from the heart"

## MARY JO GARNETT, M.S., M.F.C.C.

Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655
Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801
For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093

CON'T — AND GIVE ME ANY MORE
INFORMATION - - - ADVISE —

SO TRAUMATIC - -
CONTINUING THROUGH OUT
MY LIFE TO THIS AGE —

ALL THE MONEY OF MY LIFE

THEN — VERY MANY HARD-
SHIPS —

REMEMBER - PLEASE - DO RESPOND
AND HELP ME — I DO NOT
USE INTERNET (OR WHAT EVEN
HAPPENED TO THIS CROOK ???

Thanking / your understanding!
mary Jo Garnett

Licensed Marriage, Family Therapist ❧ Individual, Group, Family & Relationship Psychotherapy ❧ Chemical Dependency



U.S. Department of Justice

*United States Attorney's Office*
*Victim-Witness Assistance Program*
*United States Courthouse*
*312 N. Spring Street, Ste. 1700*
*Los Angeles, CA 90012*
*Phone: 1-888-228-0315*
*Fax: (213) 534-7375*

September 8, 2009

Mary Jo Garnett
7439 La Palma Ave. #251
Buena Park, CA 90620-2655

**RECEIVED**

NOV 1 5 2010

U.S. ATTORNEY
SANTA ANA

Re:   **United States v. Donald Thomson**
      **Court Docket Number: SACR 96-155(B)**

Dear Ms. Garnett:

I am in receipt of your letter dated August 24, 2009 in which you were requesting a response to a previous letter you wrote dated November 6, 2005, concerning the above-named defendant. You indicated that no one had responded to your letter and were seeking information and assistance relative to your victimization.

First and foremost, I'd like to apologize that a timely response by our office was never afforded to you. By this letter, I hope to answer the questions you may have about the criminal case against Mr. Thomson. I am including my direct telephone line at the end of this letter; please do not hesitate to use it if you have additional questions or need to reach me.

<u>Outcome of Sentencing</u>: defendant Donald Thomson was sentenced on March 3, 1999 to serve 92 months imprisonment, followed by 3 years of supervised release. Defendant was also ordered to pay restitution to his victims. Total losses in this case is in excess of $45 million. You were listed on the restitution order for $40,000 in losses resulting in your investment with Metro Display Advertising, Inc. The Court also ordered co-defendant Jean Claude LeRoyer to pay restitution and is jointly responsible for your losses.

<u>Current status</u>: defendant Thomson has finished serving his prison sentence and was released from custody on December 29, 2005. Upon release of custody, he began his 3 year term of supervised release, reporting to a Probation officer. His term of supervised release concluded in 2008. During that time of supervision, the Court collected monthly payments from Thomson to help satisfy his restitution obligation to you and other victims. However, Thomson's monthly payments have been minimal, as they are based on how much financial resources he has. Since the restitution in this case has not been paid in full by the defendants, the Financial Litigation Unit within the U.S. Attorney's Office is charged with enforcing orders of restitution. They will continue to pursue various means to enforce restitution on your behalf and other victims for 20 years from the date of the restitution order imposed by the Court. Unfortunately, as a practical matter, a defendant who has no money or potential to make money may be unlikely to ever make meaningful restitution to the victims of crime. Please realize that any monies that the defendants will pay off has to be divided among over hundreds of victims. While I hope there is significant recovery in your case, I regrettably have to advise victims on such large cases not to expect such money, especially in the near future.

Mary Jo Garnett
Re: U.S. v. Donald Thomson
September 8, 2009
Page 2

**Possible resources**: Please be aware that our office cannot provide you with legal advice. However, I do want to inform you that victims in other fraud cases I've worked with have mentioned to me that some of their losses may be tax deductible. Because tax laws are complicated, you should consult with a qualified tax advisor or the Internal Revenue Service to see if your losses qualify.

The newspaper article you enclosed indicated that you may have lost money from another investment other than Metro Display Advertising. If you feel that consulting with a civil attorney is an option, there is a good resource that may be helpful. The National Crime Victim Bar Association provides information regarding filing civil lawsuits against a perpetrator or other responsible party, and helps locate attorneys specializing in victim-related litigation. They can be reached at 1-800-FYI-CALL (1-800-394-2255). They also have a website www.victimbar.org . Although our office cannot endorse nor assume liability for these organizations, I have included this information to assist you in finding legal help, if you believe it is appropriate.

Apparently there is/was a website that was operated by former investors to provide information to fellow victim investors. I did some checking and found out that the website is www.bingabang.com/mda/index.htm . It appears that it has not been updated in quite some time.

Finally, I realize that victims in fraud cases have losses so severe that they are unable to meet current financial obligations. Please consider contacting a credit counseling service to help you reduce or modify your payments, if you feel this is necessary. The National Foundation for Consumer Credit is a good resource. They can be reached at 1-800-388-2227, or view the website at www.nfcc.org.

I am so sorry for your victimization. I hope that this information I've provided assists you in some way. If you have any questions or concerns, please don't hesitate to contact me. Please call me directly at (213) 894-3667. I'm here to help.

Very truly yours,

GEORGE S. CARDONA
Acting United States Attorney

Jeffrey D. Alabaso
Victim-Witness Assistance Program

FROM 1  *Copy*

apr 15 - Register '99

California Department of Corporations and an expert on Ponzis.

Metro Display Advertising was the creation of Jean Claude LeRoyer, a charismatic Frenchman. He dreamed of planting thousands of bus shelters and making millions of dollars from selling advertising space.

His pitch was intoxicating: He promised investors a 20.4 percent annual return on their investment — plus their money back in five years.

"It was probably twice as good as anything else I had," Lamb said. He bought two shelters for $10,000 each in 1989, then used some of his pension from Rockwell International Corp. to buy 33 more and persuaded his relatives to buy an additional 26. Lamb's total investment reached $350,000.

Kay Tillman, a disabled grocery clerk from San Dimas, bought one shelter in 1989, cautiously watched the company grow for nearly three years and then took the plunge: She mortgaged her home in late 1991 so she could buy 10 more shelters.

By late 1991, LeRoyer had sold investors the rights to 4,600 shelters. But he had installed just 2,500 shelters across Southern California and on the Las Vegas Strip. He was grossing about $200,000 to $300,000 a month from ad sales and paying $870,000 a month to investors.

Like all Ponzis, Metro was relying on money from new investors to create the illusion of perpetual motion. Like all Ponzis, it couldn't last.

In December 1991, Metro stopped paying investors.

Lamb was lucky. He could afford to lose his $5,950 monthly payment. He had kept most of his money in mutual funds.

Scott Kraft, an engineer, was lucky, too. He had bet $40,000 on Metro. "Play money," he called it.

Others were far less fortunate. Mary Jo Garnett, an Anaheim therapist, lost $45,000 on Metro and the rest of her savings in an equally flimsy investment pitched by a LeRoyer associate. Tillman, the disabled clerk, had to quit college and return to work.

"This was money that I earned every day, doing without things so I would have a better life when I got older," Tillman said.

Similar tragedies, hundreds of them, made Metro as much a so-

## Ponzi scheme perpetrator says he never meant to cheat anyone

**By RONALD CAMPBELL**
The Orange County Register

"I built a company. Nobody can take that away from me."

The law took Jean Claude LeRoyer's job and most of his money. In 11 days it will take his freedom too.

But LeRoyer, who pleaded guilty to fraud two years ago, insists that he never intended to cheat anyone. The architect of Metro Display Advertising sees himself as a victim, like the 1,400 people who invested $47 million in his bus-shelter advertising company.

To LeRoyer, 54, the proof of his good intent is this: Metro survived investigation, bankruptcy and his ouster seven years ago. The investors — his investors — recently got $23 million from the company's sale.

"My best day was when they finally started getting money," LeRoyer said. That day, March 3, was also the day U.S. District Judge Alicemarie H. Stotler sentenced the Fountain Valley resident to 46 months in prison.

"Had that company been a fraud," LeRoyer said during a 2½-hour interview with The Orange County Register, "nobody would have received anything. The company wouldn't have survived seven years."

LeRoyer, a Paris native with a soft French accent, is a charming man. He sounds convincing as he explains away the evidence that is sending him and three others to prison. Even Scott Kraft, the investor LeRoyer blames most for his downfall, says he has walked away from meetings with him half-convinced of LeRoyer's honesty.

"He is an incredible salesperson," Kraft said.

LeRoyer blames others — Kraft, overzealous salespeople, federal regulators — for ruining him and nearly wrecking Metro.

He founded the Tustin company in 1984. It took him five years to get his first 500 bus shelters. It took just two more years to sell the next 4,000.

He did it, according to prosecutors, by paying investors with their own money: the classic Ponzi scheme. By late 1991, Metro was a puffy, half-baked soufflé nearing collapse.

Sales agents, who were netting $2,500 for every $10,000 shelter they sold, were signing up investors faster than he could sell ads to pay investors back.

"I'll be honest with you," LeRoyer said. "I was scared. I was very scared."

But not scared enough to order the salespeople to stop. The shelter sales stopped only when the Securities and Exchange Commission intervened in December 1991. A month later, LeRoyer placed Metro in bankruptcy. Within days, he lost control of the company to his investors.

LeRoyer expects to enter prison April 26, one week after Stotler sentences LeRoyer's wife, Karen, for tax fraud. The couple have an 8-year-old daughter. They haven't told her yet.

"She knows something's wrong," LeRoyer said. "She hangs on me. ... I don't know how to tell her."

When he pleaded guilty two years ago, LeRoyer said, he expected to get credit for the money investors would reap from Metro's eventual sale. He expected probation.

"What happened is tragic," he said, "and I'm being hanged for it."

$170 per month per shelter, plus their money back in five years, plus royalties. The promised sum ran to $106 million.

The investors agreed to trade LeRoyer's promises for stock.

LeRoyer also had promised the 61 cities that hosted Metro shelters a fixed monthly payment,

neering manager, he applied what he did know: "common-sense management — get the overhead down and the sales up."

"The turnaround was not your typical turnaround," Kraft said, "because anyone in Business 101 would say you couldn't do it."

Their decisions, and Kraft's

now earns $150,000 a year as head of Metro's former Nevada affiliate, says he led the turnaround to help investors.

As if to underscore the continuing animosities among Metro investors, Lamb and Kraft had a falling-out Monday. Lamb fired Kraft from his $70,000-a-month week job. Kraft said Lamb's job was done.

In the first years, however, the sheer enormity of Metro's problems overshadowed personality clashes. Kraft, Lamb and other investors worked together to assess risk, preserve capital and prepare Metro for a public stock offering or eventual sale to a competitor.

Slowly Metro rallied. In January 1994 the company emerged from bankruptcy. In 1995 it turned out a tiny profit — about $50,000, according to Kraft.

By 1997, the managers were daring to think about a stock offering the next year. Then events forced their hand. In April 1997, one of Metro's two principal competitors, Outdoor Systems Inc., bought Metro's national advertising agency.

The sale cost Metro its chief source of national and regional advertising. In the first nine months of 1997, the company lost $1 million on sales of $6.5 million. Metro's managers quickly struck a deal with their other major competitor, Eller Media.

Kraft had hoped to sell Metro for $60 million to $65 million. Eller offered $41.8 million.

The sale closed in January 1998. A lawsuit by Metro against Outdoor Systems held up payments to investors for more than a year. But on March 3, the day LeRoyer was sentenced to prison for fraud, Kraft announced in court that checks were in the mail to investors.

Their take: $23 million — less than half of what they had given LeRoyer years before.

McDonald, the California Department of Corporations executive, gives the investors credit for trying. But he wonders whether they would have been better to take a tax write-off on their losses seven years ago.

Kraft concedes McDonald's point.

"It's a dreadfully unsuccessful business, if you look at this business," he said. "Even if we gave a lot, and no one came out whole. ... But then, if you take money out of it, it was very fulfilling."

Copy

# Ultimate turnaround

*Register - Apr 15 '99*

**FRAUD:** Investors scored a moral victory by turning a scam into a real, albeit money-losing, business.

By RONALD CAMPBELL
The Orange County Register

On Dec. 18, 1991, a missing check changed Bob Lamb's life.

The missing check signaled the unraveling of Metro Display Advertising, one of the biggest Ponzi schemes in Southern California history.

Lamb, a retired aerospace engineer, soon was working full time trying to rescue Metro and his money. Dozens of other investors helped out, spending their leisure hours answering phones, selling ads, typing letters and repairing office machines.

"Most people would have walked away with their heads bloodied and bowed," said Lamb, 72, of Tustin.

Instead, the investors in Metro — victims all — took over the scam and tried to make it a legitimate business.

Early last month, more than seven years after the rescue of Metro began and a full year after the company was sold, investors finally got some of their money back. It came to 43 cents on the dollar.

If Metro's investors had bet on Wall Street, they would have tripled their money. Instead, they lost most of it.

But compared with the meltdowns that end most Ponzis, Metro's investors did amazingly well.

"...unds like a brilliant man..." said Bill McDon-
...ent chief for the
see **METRO** Page 4

...splay founder
... **Business 4**

## MDA CHRONOLOGY

**1984**
French immigrant Jean Claude LeRoyer founds Metro Display Advertising to build bus shelters and sell advertising space.

**1988-1991**
Promising a 20.4 percent annual return, Metro raises $46.5 million from more than 1,400 investors. It builds 2,600 bus shelters while collecting enough money to build 4,500.

**December 1991**
The company abruptly halts payments to investors and creditors.

**January 1992**
Metro files for bankruptcy. The Securities and Exchange Commission sues LeRoyer for fraud, saying he operated a pyramid scheme.

**February 1992**
Investors take over the company.

**November 1993**
Investors agree to give up their claims against Metro in return for shares in the company.

**October 1996**
LeRoyer pleads guilty to federal mail fraud and tax-fraud charges. His wife, Karen, pleads guilty to tax fraud.

**January 1998**
Investors sell Metro to Eller Media for $41.8 million.

**February 1998**
Gary Delgado, Metro's former chief financial officer, pleads guilty to mail fraud.

**August 1998**
Three men who sold bus-shelter investments for Metro are convicted of mail fraud.

**March 1999**
LeRoyer is sentenced to 46 months in prison, salesman Donald Thomson to 92 months. Investors finally get $23 million from Eller sale, their first payment in more than five years.
Source: The Register



SHOWTIME ORIGINAL SERIES

TOTA RECA 207

FRIDAY NIGHT

...OWTIME
NO LIMITS.



**TO THE RESCUE:** Bob ... recover part of the ...

ANd
... helped hundreds
...Display Adv

Case 8:96-cv-00155-AHS Document 536 Filed 11/29/16 Page 8 of 30 Page ID #:114

# American Brands to ditch tobacco

**DEALS:** The company would spin off its Gallaher business.

The Associated Press

American Brands Inc. once America's largest cigarette makers, said Tuesday that it wants to kick the habit for good.

rs, concentrate on selling stationary. Bourbon and golf balls.

The company will spin off its British-based and Gallaher tobacco business and change its cigarette in Fortune Brands. It will pay to completely cut ties to the tobacco business.

American Brands shares rose 5 percent on the news, up 3.625 a share to $48.125 on the New York Stock Ex...

all Street approved, used criticism from ...

# LeRoyer to plead gu

*The Orange County Register*

A consumer group has asked a state regulator to block Pacifi- Care Health Systems Inc.'s $2.1 billion acquisition of FHP Inter- national Corp.

The Quality Care of Santa Monica, is stealing a page from the play-

Bank of its counterparts that do battle with the banking industry. Activists have challenging bank merg- ers have forced institutions to commit money to low-income communities — business they have often ignored.

Consumers for Quality Care, frequent critic of the HMO indus- try, urged Department of Corpo- rations Commissioner Keith

...op, like regulators in all states in which FHP and Pa- Care do business, must appr the deal. The consumer gr wants Bishop to use that lev age to wrest the fine from FH

The agency issued the fine against TakeCare in Nove ber 1994, five months after FH acquired the HMO. The fine, f only one the agency has ever ted against an HMO, stems fro TakeCare's denying specialis

'guilty. You'll kno



*Copy* (handwritten)

avoid the crusade against tobac-
co businesses.

Tobacco companies are under
intense pressure from regulators
and face a rising tide of lawsuits.

The company denied that liti-
gation was a prime motivator.

Although the company has not
produced cigarettes in the Unit-
ed States since 1994, its stock has
suffered because many investors
consider it a tobacco company.

In 1994, American Brands sold
its U.S.-based American Tobac-
co Co., maker of Lucky Strikes
and Pall Malls, for $1 billion.

The spinoff announced Tues-
day will allow it to focus on con-
sumer brands such as Jim Beam
bourbon, Titleist golf equipment,
Master Locks and Moen faucets.

Gallaher sells Benson &
Hedges in Europe and Silk Cut
cigarettes.

▶ **MARLBORO:** Philip Morris adds
magazine to product line. **Page 3**



**CLOUDY FUTURE:** Businessman Jean Claude LeRoyer sits in an advertisi...

# One man's dream

'**H**ow do you tell
your daughter
that you're a con-
victed ...
"...felon?"'

Jean Claude LeRoyer supplies
the word with a small swallow of
air. His French accent uninten-
tionally makes "felon" sound
more like a summer fruit than a
fraud plea.

His tone, though, is matter-of-
fact, like someone who has pon-
dered the possibility of jail time
for nearly five years, which he
has.

**CATHY TAYLOR**

Like someone who has contem-
plated what went so wrong at an
Orange County company that in
his mind he was fulfilling his vi-

sion,
trepi
shel
shou
Le
self o
at w
pleas
mail
years
vertis
Pos
even
Bla
Ma
They

---

# A plunge in the Pond for Carl's Jr.

**By KELLY BARRON**
The Orange County Register

ANAHEIM — Just don't get
any ketchup on the ice.

Carl's Jr., whose drippy-ketch-
up commercials helped turn the
hamburger chain around, has
scored a spot at the Arrowhead
Pond of Anaheim.

The chain will open a restau-
rant at the Pond on Oct. 16 when
the Mighty Ducks play their
home opener against the Phila-
delphia Flyers.

Carl's Jr. will be one of two
name-brand fast-food chains in
the arena. The other is Pizza Hut.

"The demographics are dead
on," said Rory Murphy, execu-
tive vice president of CKE Res-
taurants, Carl's Jr.'s parent.

Carl's Jr. is trying to locate
more restaurants in atypical lo-
cations such as college campus-
es, gas stations and airports. A
Carl's Jr. has been at Dodger
Stadium since 1991.

Anaheim officials approached
Carl's Jr. before the Pond
opened in 1993 to see if the chain
was interested in an arena res-
taurant. But without a team
signed, the company passed.

---

# THE DAILY BRIEFING

▶ **MARKETS**

**Stocks**
Dow 30
5,966.77


**Stocks**
Nasdaq
1,240.15


**O.C.Stocks**
Franklin Index
244.10


**Rates**
30-yr. Treas.
6.80
**+0.01**


**Gold**
Republic Bank
381.00
**+0.75**


**Dollar**
Japanese Yen
111.65
**+0.53**


▶ **BY THE NUMBERS**

**C**ar repairs and sales, home improvement and marke
remain top areas for consumer fraud, consumer ad
cates said Tuesday. Nearly four of five respondents su
cited used-car sales as the most frequent complaint; au
pair and home-improvement complaints were not far b
Telemarketing and new-car sales were also in the top
plaint list. The National Association of Consumer Agenc
ministrators and the Consumer Federation of America a
consumer agencies to list the top five subjects that gene
the most complaints in 1995.

---

▶ **CHATTER**

**Voting flavor:** Ice cream
aficionados are making their
choices, and it looks like a close
race. Based on recent sales,
Dreyer's Grand Ice Cream says its
"Clinton 'n Cream" (cookies
and cream) ice cream has 38
percent of the market, "Cookie
Dole" (chocolate chip cookie
dough) is second with 36 per-
cent, and "Nutty for Neither"
(Rocky Road) has 26 percent.
Dreyer's introduced the flavors
in August and has been tabulat-
ing sales weekly.

**Bueno:** The United States re-
mains the top tourism destina-
tion in the Americas, but Mexi-
co's tourism industry is fastest
growing, according to the Ma-
drid-based World Tourism Organi-

zation. Figures just rele
the group show visits to
were up 17.3 percent las

**A whiff of reliabili**
Consumers don't like bo
In a survey conducted b
Motors America, deodoran
ranked as the third mos
tant product, at least w
ability is considered as t
factor. Tops was refrige
which 95 percent of cons
say must be reliable. Se
was cars, which 91 perce
must work all the time.

**Airborne humor:** He
joke some Swissair work
circulating. "What's in th
holes of Swiss cheese?" A
swer: "Swiss air."

*copy*

# **lsiness**

E COUNTY REGISTER, WEDNESDAY, OCT. 9, 1996

**INDEX**

**MARKETS**
AMEX ...............9
COMMODITIES ..9
MUTUAL
FUNDS ...............8
NASDAQ ...........5

NYSE ...............
O.C. STOCKS ...
SUMMARY ...
**NATION** ...........
**O.C./STATE** ...
**YOUR MONEY**

# up: **FHP should pay, then dea**

**RE:** Consumers for Quality Care
ators to extract a $500,000 fine.

*y Register*

roup has asked
to block Pacifi-
siems Inc.'s $2.1
on of FHP Inter-
ntil FHP pays a

Consumers for
Santa Monica, is
from the play-

book of its counterparts that do
battle with the banking industry.
Activists challenging bank merg-
ers have forced institutions to
commit money to low-income
communities — business they
have often ignored.

Consumers for Quality Care,
frequent critic of the HMO indus-
try, urged Department of Corpo-
rations Commissioner Keith

Paul Bishop to seize the opportu-
nity of the FHP acquisition. Bish-
op, like regulators in all the
states in which FHP and Pacifi-
Care do business, must approve
the deal. The consumer group
wants Bishop to use that lever-
age to wrest the fine from FHP.

The agency issued the $500,000
fine against TakeCare in Novem-
ber 1994, five months after FHP
acquired the HMO. The fine, the
only one the agency has ever lev-
ied against an HMO, stems from
TakeCare's denying specialist

care to a 9-year-old cancer
tim. FHP is challenging the fir

"The state regulator has t
power, the authority and the
portunity to act," said Jam
Court, director of the consum
group. "For them not to a
would be like a cop dropping h
night stick and holster when l
sees a robbery happening."

Damian Jones, a departmen
spokesman, said the commi
sioner won't be pressured. H
said FHP deserves due proce

*Please see* **MERGER** *Page*

# er to plead guilty



**FRAUD:** His Metro Dis-
play touted bus-shelter
ads and raised $48
million, mostly from el-
derly investors.

By ELLIOT BLAIR SMITH
The Orange County Register

French entrepreneur Jean
Claude LeRoyer, who built thou-
sands of city bus shelters
throughout Southern California
and plastered them with adver-
tising, plans to plead guilty today
to four counts of criminal fraud.

Working out of Tustin-based
Metro Display Advertising Inc.,
LeRoyer, 52, raised $48 million
from more than 1,000 mostly el-
derly investors, promising to pay
20 percent annual returns.

In an interview with The
Orange County Register, he now

# REQUEST FOR BUREAU OF PRISONS RELEASE RELATED INFORMATION
## (OPTIONAL)

To    Victim Witness Assistance Program
      United States Attorney's Office
      312 N. Spring St. Rm 1312
      Los Angeles, CA 90012
      Phone Number:      213-894-1346 or 1-888-228-0315    fax: 213-894-2744

<u>U.S. v. John Claude LeRoyer</u>   Case Number:  SA CR 96-126(B)

<u>U.S. v. G. Delgado, D. Thomson, B. McGregor & D. Munoz</u>  Case Number: SA CR 96-155(B)

Bureau of Prisons Registration Numbers:    Defendant            Registration No.
                                           Jean Claude LeRoyer:  09015-112
                                           Donald Thomson:       09086-112
                                           David Munoz:          09088-112
                                           Bennie McGregor:      09089-112

      I would like to receive notification of any prison release  related information for this case.
I understand that the defendant(s) will not know I am requesting this information and will not
have access to my name or address.  I also understand that I will not provide information about
this program to the defendant, under penalty of being deleted from this program.

      I understand that I will need to notify the US Attorney's Office Victim/Witness
Assistance Program if my address changes.

            Signature    *Mary Jo Garnett*

            Date         11-06-05

Please print:

Name:       MARY JO GARNETT                    (If corporate or business victim)
MAILING
Address:    7439 LA PALMA AVE.      Name:      MARY JO GARNETT LMFT
                          #251
            BUENA PARK, CA.         Address:    SAME AS
                  91620                          MAILING

Phone: 714 826 6654      (Home)    Phone:    714 - 826 - 6654
              +                              AND 714 772 - 105 9
Phone: 714 772 1059      (Work)    Fax:       714 952 - 2093

*"from the heart"*

*MARY JO GARNETT, M.S., M.F.C.C.*

*Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655*
*Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801*
*For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093*

08-24-09

TO - VICTIM WITNESS ASSISTANCE
       UNITED STATES ATTORNEY'S OFFICE
       PROGRAM
       312 N. SPRING ST. RM 1312
       LOS ANGELES, CA 90012

RE- U.S. v. D. THOMSON
       (DEFENDANT)
       DONALD THOMSON
       REGISTRATION # 09086-112
       CASE # SA CR 96-155 (B)

I AM ENCLOSING COPIES OF PERTINENT
DATA CONCERNING CASE OF ABOVE—
MENTIONED — AND AFTER ALL THIS
TIME NEVER RECEIVED RESPONSE FROM
YOUR OFFICE — NOT UNDERSTANDING
WHAT HAPPENED IN THIS CASE THAT
CAUSED ME MUCH MUCH TRAUMA, ETC—
AND NOW AGAIN REQUESTING SOME
RESPONSE. THANK YOU,
                              Mary Jo Garnett

*Licensed Marriage, Family Therapist ❧ Individual, Group, Family & Relationship Psychotherapy ❧ Chemical Dependency*

*for*
*the*
*heart"*

## MARY JO GARNETT, M.S., M.F.C.C.
Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655
Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801
For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093

AUGUST 24, 2009

TO - U.S. CLERK OF COURT
411 WEST 4th STREET
ROOM 1-053
SANTA ANA, CA 92701

FROM- MARY JO GARNETT

RE - US V. D. THOMSON (DEFENDANT)
REGISTRATION # 09086-112
CASE # SA CR 96-155 (B)

PLEASE ASSIST ME IN MATTER OF ABOVE-
NAMED, DONALD THOMSON, WHO WAS MY
FORMER FINANCIAL ADVISOR AND TOOK EVERY
CENT OF MY SAVINGS AT TIME OF
THIS CRIME - TRAUMA WHICH AFFECTED ME
GREATLY (SENDING COPY OF MY LETTER
SENT TO VICTIM WITNESS ASSISTANCE PROGRAM
IN 2005 — NEVER RECEIVING ANY RESPONSE -
NO UNDERSTANDING OF RESULTS CONCERNING
RESTITUTION, ETC. TO THIS DATE.

THANK YOU MOST KINDLY,
Mary Jo Garnett

Licensed Marriage, Family Therapist ❦ Individual, Group, Family & Relationship Psychotherapy ❦ Chemical Dependency

*"...from the heart"*

## MARY JO GARNETT, M.S., M.F.C.C.

Mailing Address: 7439 La Palma Ave., P.M.B. 251 • Buena Park, CA 90620-2655
Office Address: 2024 W. Lincoln Ave., Ste. 2 • Anaheim, CA 92801
For Appointment: (714) 826-6654 • Office: (714) 772-1059 • Fax: (714) 952-2093

05-18-08

NOTE TO:
ATTY LEONARD M. SHULMAN
        OFFICES (SHULMAN HODGES & BASTIAN)
FOOTHILL RANCH, CA
        +
    RIVERSIDE, CA

FAX #
951
275
9303    AND
949
340
3000

I HAVE LEFT MESSAGES IN RECENT PAST TO INQUIRE ABOUT STATUS CONCERNING INVESTORS/SHAREHOLDERS OF METRO DISPLAY - ETC - --- AND MY OWN PERSONAL TRAUMA

+ 250.00 CHECK SUBMITTED 02-04-07 - HAVE NEVER RECEIVED RESPONSE TO DATE — PLEASE WILL YOU ADVISE — I DO NOT USE COMPUTER — LEAVE PHONE MESSAGE 714 826 6654 — THANK YOU!   Mary Jo Garnett

Licensed Marriage, Family Therapist ❦ Individual, Group, Family & Relationship Psychotherapy ❦ Chemical Dependency

MARY JO GARNETT L.M.F.T.
LICENSED MARRIAGE FAMILY  THERAPIST
PH.   714-826-6654
7439 LA PALMA AVE. # 251
BUENA PARK, CA  90620-2655

90-7162/3222
3062700105

1160

DATE *Feb. 4, 2007*

PAY TO THE
ORDER OF ___*Shulman Hodges & Bastian*___ $ *250.00*

*Two Hundred Fifty &* ___ *00/100* ___ DOLLARS

🏦 **Washington Mutual**

Washington Mutual Bank, FA
Buena Park Financial Center 1281
7764 Beach Boulevard
Buena Park, CA 90620          1-800-788-7000
                             24 hour Customer Service

NOTE *(prof. services)*          *Mary Jo Garnett* MP

⑈3222716271⑈ 3062700105⑈ 1160



"from
the
heart"

## MARY JO GARNETT, M.S., L.M.F.T

7439 La Palma Ave., Ste. 251 • Buena Park, CA 90620-2698 • (714) 826-6654 • Fax (714) 952-2093

11-06-05

TO : VICTIM WITNESS ASSISTANCE PROGRAM
UNITED STATES ATTORNEY'S OFFICE
312 N. SPRING ST. RM 1312
LOS ANGELES, CA. 90012
PHONE: 213-894-1346
888-228-0315

RE: US v. D. THOMSON # 09086-112.

I am now (after so long) writing to you re.
information concerning D. Thomson ( who was
my tax preparer — financial consultant - etc. etc.
(and he also, claimed to be a CPA) years ago - and
who took my life's savings ( as when claiming
my investments with him were the very best
and profitable, etc.) - I was so very naive and
ignorant then after listening to advice and per-
suasion to invest all monies from my former
insurance broker who referred me to Mr. Thomson -
I have been extremely traumatized by all losses
of financial means as a result of Mr. Thomson's de-
ception / and all through this period my mother and
companion were dying and I had to fly back and forth
to Ohio / and burials, etc. I did not even know about
this criminal case and my victimization - or even
the court trial until it was all over !!



"from
the
heart"

## MARY JO GARNETT, M.S., L.M.F.T

7439 La Palma Ave., Ste. 251 • Buena Park, CA 90620-2698 • (714) 826-6654 • Fax (714) 952-2093

Page Two

Re. US v D. Thomson # 09086-112

I have been so very depressed and traumatized, as mentioned, throughout all these past years and even mentioned to the FBI (report) of my financial losses leading me to Casino patronage (to get money back) and I had only received a small portion of my investment money back after the crime! not ever receiving any more money (approximately $30,000+ not returned?) and no one has ever contacted me re. this matter. I tried many times to understand what procedures to follow including contacting banks in Utah? and a representative helping the investors (with D. Thomson) but not one person can or did assist. I am not computer literate and not knowing what else to do about my personal grief and losses. Could you help and direct me at this time. Thank you kindly, mary Jo Garnett

Licenced Marriage, Family Therapist, ❤ Individual, Group, Family & Relationship Psychotherapy ❤ Chemical Dependency



U. S. Department of Justice

*United States Attorney*
*Central District of California*

---

Victim/Witness Assistance Program
213-894-1346 or 1-888-228-0315 (ext. 1346)
fax: 213-894-2744

United States Courthouse
312 North Spring Street, Room 1312
Los Angeles, CA 90012-4701

### U.S. v. Jean Claude & Karen LeRoyer
Case Number: SA CR 96-126(B)

### U.S. v. Gary Delgado, Donald Thomson, Bennie McGregor & David Munoz
Case Number: SA CR 96-155(B)

### Also known as: Metro Display Advertising and Bus Stop Shelters of California

Dear Sir/Madam:

This is to advise you that all of the defendants in this case have been sentenced by United States District Judge Alicemarie H. Stotler as follows: Please see attached Judgments.

The convictions are related to Metro Display Advertising, a bus stop shelter advertising firm that promised investors annual returns but was in fact a pyramid scheme which used funds from new investors to pay off prior investors.

### If the Defendant was Given a Prison Term

If a defendant has been sentenced to serve time through the Federal Bureau of Prisons, victims and witnesses have the opportunity to be notified of prison release related information, included the targeted release date from actual custody. If you (or your company, if corporate or business victim or witness) wish to receive this information, please complete the enclosed form. The Victim/Witness Assistance Program will submit your name to the Victim/Witness Notification Program within the Bureau of Prisons. The following defendants are currently incarcerated:

| Defendant | Bureau of Prisons Registration No. |
|---|---|
| Jean Claude LeRoyer | 09015-112 |
| Donald Thomson | 09086-112 |
| David Munoz | 09088-112 |
| Bennie McGregor | 09089-112 |

The Bureau of Prisons will <u>not</u> release your name or location to the defendant at any time. If you request this notification, you will soon begin to receive correspondence from the institution where this defendant is confined.

Although every effort will be made to contact you timely if you register to be notified of Bureau of Prison release related information, you should also be aware that certain inmates may be offered special programs once they are in the custody of the Bureau of Prisons. This may result in serving less time than the 85% of their sentence normally served in federal prison. The Bureau of Prisons should inform you if this special circumstance applies, towards the end of defendant's sentence.

*02-04-07*

*I am enclosing check for you*
*as requested — additionally sending*
*(some) copies of my correspondence*
*in attempts to find someone to*
*help in this matter — I do not*
*use a computer — Please help.*
*Thank you, Mary Jo Garnett*

# SHULMAN HODGES & BASTIAN LLP

Please respond to:
Foothill Ranch

James C. Bastian, Jr.
Mark Bradshaw
Lynda T. Bui
Franklin J. Contreras, Jr.
Melissa R. Davis
Evan W. Cranowitz
Ronald S. Hodges
Robert E. Huttenhoff
J. Ronald Ignatuk
John Mark Jennings
Manijha Kadir
Karl V. Matthews
Jacqueline Nguyen
Irena Leigh Norton
Paul S. Ocampo
Cary A. Pemberton
Michael J. Petersen
Aileen U. Rodriguez
Samuel J. Romero
Leonard M. Shulman

Of Counsel to the Firm
Richard A. Marshack
A. Lavar Taylor

To:     Investors/Shareholders of Metro Display Advertising Inc. and/or
        Bustop Shelters of Nevada Inc.

If you recall back in 1992 this office was counsel to the committee that represented your interest during the chapter 11 cases for MDA and BSON.  In 1997 we also represented the shareholders in litigation resulting in funds being distributed to you on account of your investment.

It has recently been brought to our attention that you may not have received all the money that you would otherwise be entitled to.  There are allegations that those entrusted with accounting for and distributing funds may not have paid the investors more than 15 million dollars that might have been available for distribution.

In any event, the purpose of this letter is to advise you that our office has instructed those that have made these allegations that in order for our office to get involved in any legal process, there must be a fund of no less than $100,000.00 (NOT FOR LEGAL FEES) for the anticipated fees of a forensic accountant to complete a full investigation and accounting of the sums received and ultimately distributed by the controlling and distributing shareholders. Without such a fund which will be held in trust, there will be no action taken by our office. Again, the fund is not for attorney fees but rather for accountancy fees.

The suggested contribution is an average of $250 per investor.  If you are interested in participating in this action, please send a check made payable to Shulman Hodges & Bastian LLP, trust fund at the address below.

Attn:  Leonard M. Shulman, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610

Please note that our office does not represent you personally and please do not call us for legal advice.  If monies are raised, and the forensic accountants verify wrong doing, we will pursue legal remedies on behalf of those that contribute to the fund.

Very truly yours,

SHULMAN HODGES & BASTIAN LLP

Leonard M. Shulman
LMS:ta

In addition, at any time after a prisoner is designated to the Bureau of Prisons, you may contact the Bureau of Prison's Inmate Locator Service, at 202-307-3126. You may call this number if you have the defendant's name and Bureau of Prison registration number, to find out the location in which a defendant is incarcerated. Please be aware it often takes one to two months after sentencing before a federal prison is designated.

## If Restitution Was Ordered in Your Case

If restitution was ordered in your case, any restitution collected will be forwarded to you as it becomes available through the U.S. Clerk of Courts. If there is more than one victim, restitution payments are pro-rated to each victim in most cases. Unfortunately, in many cases, the defendant/s may not have sufficient assets or income to immediately pay court ordered restitution. It is possible, therefore, that victims may not receive any, or receive only partial restitution, even over several years.

The Financial Litigation Unit of the U.S. Attorney's Office will record liens on judgments, which are enforceable for twenty years, from the date of judgment, as one way of attempting to enforce collection of restitution on behalf of victims identified in the judgment.

Victims who wish to more actively pursue the enforcement of restitution personally, may contact the U.S. Clerk of Court for a copy of an Abstract of Judgment form, which, when completed may be recorded in any county in California in which a defendant may have assets. Victims interested in this option should contact the U.S. Clerk's Office. Victims may also wish to confer with an attorney, the Victim/Witness Assistance Program or the Crime Victims Resource Center at 1-800-VICTIMS (in California) for more information.

The U.S. Clerk of Court can be contacted at the following:

In Los Angeles, CA
213-894-3535
U.S. Clerk of Court,
312 N. Spring St. Room G-8
Los Angeles, CA 90012.

In Santa Ana, CA
714-338-4750
U.S. Clerk of Court
411 West 4th Street, Room 1-053
Santa Ana, CA 92701

It will be important to notify our office of any address or telephone number changes in writing if restitution was ordered in your case, or you wish notification from the Bureau of Prisons (change of address form is attached). Failure to provide such updated information may result in the loss of the opportunity to participate in each program. Thank you for your assistance and cooperation. If you have any questions regarding the outcome of this case, please do not hesitate to contact Victim/Witness Assistance Program at the U.S. Attorney's Office at 1-888-228-0315 (ext. 1346) or 213-894-1346.

Very truly yours,

ALEJANDRO N. MAYORKAS
United States Attorney

DOLORES Y. PEREZ
Victim/Witness Assistance Program

# CLEAR CHANNEL
### OUTDOOR

Paula Gallagher
Executive Assistant

July 25, 2002

Ms. Mary Jo Garnett
7439 La Palma Avenue
Suite 251
Buena Park, CA  90620-2698

> Re:    Metro Display Advertising, Inc.
>        Damages and Disbursement Escrow

Dear Ms. Garnett:

I work in the legal department of Clear Channel Outdoor, Inc. (formally known as Eller Media Company).  Today we received your letter dated July 22, 2002 regarding the above referenced matter.  Unfortunately we do not have any information here for stockholders.  However, we do have current contact information for one of the Stockholder Representatives, Scott A. Kraft.  Mr. Kraft is the contact person for all investors who had an interest in this matter.

If you have internet access, there is a website that was specifically designed for the stockholders.  The internet address is:  www.bingabang.com/mda  or  www.mda.bingabang.com (although this web address has been having server problems).  Or you can e-mail him at: VSR@BingABang.com  If you do not have access to the internet this is Mr. Kraft's mailing address via U.S. Mail:

> BingABang.com LLC
> Attn:  Stockholder Rep
> 3400 Cabana Drive, #2043
> Las Vegas, NV  89122
> Fax:  (508) 632-2694

I am forwarding your letter and its contents today to Mr. Kraft via facsimile along with a copy of this letter.  I am confident Mr. Kraft will be able to assist you in this matter.

Sincerely,

Paula Gallagher

cc:    Scott A. Kraft

602 | 957 · 8116 Tel
    | 308 · 0796 Fax

July 22, 2002


Eller Media Company
2850 East Camelback Road
Suite 300
Phoenix, Arizona  85016


RE:   METRO DISPLAY ADVERTISING, INC.
      DAMAGES AND DISBURSEMENT ESCROW


TO:   WHOM IT MAY CONCERN

I am submitting copies of pertinent data concerning my losses
of investment with Metro Bushelters,et.etc. and  hoping someone
there at your company may inform me of any present status.

I have attempted many times throughout the past to obtain inform-
ation concerning this matter and have no other leads at this time.

I entrusted my brother, Dr. Natale A. Sicuro, who formerly worked
on Wall STreet, to consult with Mr. Scott Kraft (who was at that
time associated with this situation) and I ultimately received a
small amount of recovery monies distributed to investors.

However, when I received the last notice (dated February 8, 2001,
and copy enclosed herein) and attempted to contact Mr. Kraft, Zion
Bank, etc. no one was able to assist me in understanding any further
procedures or developments.

As noted in the last contact, a letter from "Viacom" advised that
Eller Media Company would be the one to address any isssues regarding
Metro Display Advertising, Inc.

Please do respond and inform me about any further actions/or contacts
to assist me in my quest for retribution.

I appreciate all of your consideration and assistance in this matter.

Sincerely,

*Mary Jo Garnett*

Mary Jo Garnett

# VIACOM
## O U T D O O R

April 12, 2002

Merrill Lynch, Custodian FBO
Mary Jo Garnett
7439 La Palma Avenue #251
Buena Park, CA 90620

Re: Bustop Shelters of Nevada

Dear Ms Garnett,

Your most recent letter dated 04/01/02 has been brought to my attention.
I have looked through all our files concerning BSON, the monies owed to you for
your shares of BSON stock and interest was paid to you by Zions Bank prior to
June 06, 2001 when all remaining funds for final disbursements were turned over to
Infinity Outdoor, Inc. (now Viacom Outdoor Inc.).

Along with your letter you sent a photocopy of a notice from Metro Display
Advertising, Inc., Eller Media Company now owns this. From reading the notice it
sounds like Eller filed a claim for damages in an amount that exceeded the funds in
the Damages and Disbursement Escrow. Now there are no funds remaining to
disburse to the stockholders. You will need to get in touch with someone at Eller
concerning any issues with Metro Display Advertising, Inc.

I hope this helped to answer some of the questions you had.

Sincerely,

*Annette Hudson*

Annette Hudson
Viacom Outdoor Inc.

*"from the heart"*

## MARY JO GARNETT, M.S., M.F.C.C.

7439 La Palma Ave., Ste. 251 • Buena Park, CA 90620 • (714) 826-6654

7-7-2001

TO: MR. CHAD PERRY
    INFINITY OUTDOOR INC.
    2505 N. BLACK CANYON HIGHWAY
    PHOENIX, AZ. 85009
RE: NOTICE OF METRO INC. (COPIES ENCLOSED HEREIN)

HELLO MR. PERRY,

I HAD SPOKEN WITH "MELA" AT ZION BANK, UTAH, ON 7-03-01 RE: INQUIRY ABOUT THE METRO MATTER AFTER FINALLY SPEAKING WITH MR. SCOTT KRAFT THAT DAY — MR. KRAFT WAS NOT ABLE TO GIVE ANY INFO ON THE MATTER AND SAID I WOULD HAVE TO CALL ZION BANK — (HOWEVER, WHEN I INITIALLY PHONED ZION BANK, I WAS TOLD SCOTT KRAFT WAS THE ONLY ONE TO CONTACT — NOT THEM) —

NOW — MELA, AT ZION — TOLD ME TO CONTACT YOU — AND, I AM HOPING FOR SOME KNOWLEDGE CONCERNING THE MONIES LEFT FOR REIMBURSE-MENT — THIS ENTIRE SITUATION HAS BEEN THE TRAUMA OF MY LIFE LOSING EVERY DOLLAR INVESTED WITH D. THOMSON — NOT TO SPEAK ON THAT AT THIS TIME —

WOULD YOU HAVE ANYTHING TO ADVISE ABOUT IT ALL?

I WOULD APPRECIATE YOUR RESPONSE.

THANK YOU SO MUCH —

Mary Jo Garnett

---

*Marriage Family ❦ Child Counseling ❦ Individual, Group, Family & Relationship Psychotherapy ❦ Chemical Dependency*

4-29-01

TO: MR. SCOTT A. KRAFT
     FAX # 508-632-2694

FROM: MARY JO GARNETT
       FAX #/HOME # 714-826-6654

RE: NOTICE RCVD. ON 3-05-01 RE. DAMAGES,
    DISBURSEMENT, ETC. OF METRO DISPLAY,
    ELLER MEDIA -


DEAR SCOTT,
       I FAXED YOU A NOTE ON 3-06-01
RE. THE NOTICE FROM ELLER MEDIA —
AND NEVER RCVD. RESPONSE FROM YOU -
I PHONED ZIONS FIRST NAT'L BANK
AND WAS TOLD YOU ARE ONE WHO HANDLES
THIS MATTER.
       WILL YOU KEEP ME INFORMED
OF PROCEDURES - AND {PRESENT/FUTURE STATUS
RE. MY CASE -
       I WOULD APPRECIATE YOUR ASSISTANCE
AND KNOWLEDGE OF THIS MATTER.
       THANK YOU - AND AGAIN - MY
MAILING ADDRESS IS:

MARY JO GARNETT
7439 LA PALMA AVE.
# 251
BUENA PARK, CA., 90620

                    Mary Jo Garnett

4-01-02

TO: STOCKHOLDERS'
             COMMITTEE

LAS VEGAS —

I AM SENDING COPIES
OF LETTER, ETC. (TO YOU)
SENT TO MR. ENGBAUM
AND HOPING SOME-
ONE MAY CONTACT
ME TO ADVISE
WHAT HAPPENED
WITH THIS MATTER—
AND MY PERSONAL
STATUS —
THANK YOU —
         Mary Jo Garrett

4-01-02

TO: BUSTOP SHELTERS OF NEVADA, INC.
    ATTN. RICHARD ENGBAUM
    STOCK HOLDER REPRESENTATIVE
    5425 S. VALLEY VIEW
    LAS VEGAS, NEVADA 89118

RE: "METRO" ~ ELLER MEDIA ~
    DAMAGES AND DISBURSEMENT ESCROW
    FOR: MARY JO GARNETT
         SS# 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
         MAILING ADDRESS: 7439 LA PALMA AVE.
                          # 251
                          BUENA PARK, CA. 90620
                          PHONE: 714-826-6654

DEAR MR. ENGBAUM,

I AM HOPING YOU MAY ASSIST AND ANSWER SOME QUESTIONS CONCERNING "NOTICE" RECEIVED IN MARCH, 2001 (COPY ENCLOSED) ~ AS, I HAD CONTACTED VARIOUS PERSONS AFTER RECEIVING THIS: INCLUDING ~ ANITA SIMPSON, ZION BANK, UTAH (AND SHE THEN ADVISED I CONTACT SCOTT KRAFT (WHICH I DID - AND IT TOOK SO LONG TO REACH HIM ~ AS HE FINALLY CONTACTED ME SAYING HE IS ALWAYS TRAVELING AND ONLY WAY TO REACH HIM IS BY E-MAIL ~ AND I DO NOT HAVE A COMPUTER SET UP YET ~ ANYWAY, SCOTT KRAFT TOLD ME AT THAT TIME HE KNEW NOTHING ABOUT THIS NOTICE AND ABOUT ANY MONIES DISBURSED WHICH WERE TO BE GIVEN ME, ETC. ETC. SUBSEQUENTLY, ANITA SIMPSON ADVISED ME TO CONTACT MR. CHAD PERRY, PHOENIX, AZ ~ THAT ALL WAS ABOUT JULY, 2001 ~ MY MOTHER WAS VERY ILL ~ ULTIMATELY DYING ~ AND I HAD TO LEAVE STATE RE. FUNERAL, ETC. I HAVE NOT BEEN ABLE TO CLEAR UP THIS MATTER TO DATE (AS MANY PERSONAL CRISES TAKING PLACE) ~ AND, I FOUND YOUR NAME AMONG MY PAPERS ~ HOPING YOU MAY ASSIST ME TO EXPLAIN STATUS OF METRO (ELLER ~) SHARES/ AND ANY RETRIBUTION ~ DAMAGES, DISBURSEMENT OWED ME.

IT HAS BEEN A DEVASTATING SITUATION THAT MR. DON TOMPSON CREATED WAY MANY YEARS AGO WHEN I ENTRUSTED (ALL) THE SAVINGS I HAD IN THE WORLD ~
CAN YOU ASSIST AND RESPOND CONCERNING THIS MATTER.
THANK YOU SO KINDLY.    Mary Jo Garnett

## NOTICE

To the previous holders of Metro Display Advertising, Inc. ("Metro"):

Zions First National Bank serves as agent for California Bank & Trust, f/k/a Grossmont Bank, Escrow Agent for certain escrows created pursuant to the merger of Metro into Eller Media Company ("Eller"). Three escrows were created pursuant to the merger, titled the "Specific Performance Escrow", the "Van Wagner Escrow" and the "Damages and Disbursement Escrow". The Specific Performance Escrow was distributed in March 1999 and the Van Wagner Escrow was distributed in July 2000. The Damages and Disbursement Escrow was to be distributed according to its terms [on February 6, 2001] unless Eller exercised its rights under the Escrow Agreement to assert a Claim for Damages by delivering a Claim Notice to the Escrow Agent and to the Stockholder Representatives.

**This is to notify you that on January 22, 2001, Eller delivered a Claim Notice pursuant to Section 6 of the Escrow Agreement for total Damages (as set forth in Sections 5.1 and 5.2) in the amount of $4,932,941.14 plus interest on such claim from January 23, 1998.** The Claim, including interest to date on the full amount of the Claim to date of $646,348.10, totals $5,579,289.24, which exceeds the current total available funds held in the Damages and Disbursement Escrow of $5,235,867.52.

**On February 5, 2001, the Stockholder Representatives exercised their rights under Section 7.1 of the Escrow and disputed the entire amount of the Damages claimed by Eller.**

Pursuant to the terms of the Escrow, the Stockholder Representatives have 30 days from the delivery of the Claim Notice by Eller to meet with any necessary third parties in order to resolve Eller's Damages Claim under 5.1 of the Escrow before Eller resorts to Arbitration under Section 15 of the Escrow Agreement. If Eller and Stockholder Representatives reach an agreement on the proper amount of the Claim, then they shall give the Escrow Agent a joint written instruction to distribute the agreed-upon amount. Any disputes between Eller and the Stockholder Representatives that cannot be resolved are to be subjected to binding arbitration as set forth in Section 15. Section 15 provides that arbitration proceedings are to be conducted within 90 days of any demand for arbitration. Any amounts not paid as a Claim to Eller, whether by joint written direction or by arbitration, shall be distributed to the Stockholders pursuant to Section 8 of the Escrow Agreement.

Our duties as Escrow Agent under the Damages and Disbursement Escrow are limited to the express provisions of that Agreement and we make no independent determination nor express any opinion as to the veracity of either Eller's Claim, the objection of the Stockholder Representatives or the award of any Arbitration proceeding. Questions concerning these matters may be directed to the Stockholder Representatives, c/o Mr. Scott A. Kraft by email at scott@kraftfam.com or by fax to (508) 632-2694.

Dated: February 8, 2001

Zions First National Bank, as agent
for California Bank & Trust, f/k/a
Grossmont Bank, Escrow Agent

RE MARY JO GARNETT

W-9 (or W-8, if you are a foreign person) to the Paying Agent, not BSON, at one of the addresses for the Paying Agent listed below. The method of delivery of stock certificates to be surrendered to the Paying Agent is at your option and risk. Delivery will be deemed effective only when received by the Paying Agent. If you send your stock certificates by mail, registered mail with return receipt requested and properly insured is suggested.

Any deficiency in the materials you submit may delay verification of your ownership of BSON common stock and delay disbursement of merger consideration, including contingent consideration, to you. Upon your compliance with the procedures set forth herein and the Paying Agent's verification of your ownership of BSON common stock, the Paying Agent will send you a check with your proportionate share of merger consideration which is not contingent. The contingent consideration, if any, shall be payable after the termination of a one-year escrow period and the resolution of any then-outstanding claims made by Infinity, all as further described in the Proxy Statement. No further action on your part shall be necessary to receive payments of contingent consideration, if any.

Your right to receive your proportionate share of the disbursements of merger consideration, including contingent consideration, is not transferable.

Please refer to the Proxy Statement and other proxy materials previously mailed to you or contact the Stockholders' Committee at the address set forth below for any questions regarding the Merger and related transactions. Any questions you may have specifically related to the completion of this Letter of Transmittal or the Letter of Certification should be directed to the Paying Agent at the telephone number listed below.

**PAYING AGENT:**
<u>ZIONS FIRST NATIONAL BANK</u>
1-800-789-8833

| **BY MAIL:** | **BY HAND:** | **BY OVERNIGHT DELIVERY:** |
|---|---|---|
| Zions First National Bank P.O. Box 30880 Attn: Corporate Trust Operations Salt Lake City, UT 84130 | Zions First National Bank 10 East South Temple, 3rd Floor Attn: Corporate Trust Operations Salt Lake City, UT 84111 | Zions First National Bank 10 East South Temple, 3rd Floor Attn: Corporate Trust Operations Salt Lake City, UT 84111 |

**STOCKHOLDERS' COMMITTEE:**
<u>Fax: 508-632-2694</u>

1020 E. Desert Inn Road, #1401
Las Vegas, NV 89109
Attn: Scott Kraft



Mary Jo Garnett M.S., L.M.F.T.
7439 La Palma Ave. #251
Buena Park, CA 90620-2655

CENTRAL DISTRICT OF CALIFORNIA
BY

CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

NOV 16 2010

SA PBDC 927 #3
SAT 13 NOV 2010 PM

RECEIVED
NOV 15 2010
U.S. ATTORNEY
SANTA ANA

AHS

ATTENTION

U.S. CLERK OF COURT
U S DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
411 WEST 4th STREET
Room 1-053
SANTA ANA, CA 92701